GEORGE J. BRECKEL, Respondent, v. MALONE LODGE No. 1303 BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ELECTRIC WHEEL COMPANY, Respondent, v. HOWARD LERCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH HELMAN, an Infant, by JOHN HELMAN, His Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

IDA NEIDERT, as Executrix, etc., Respondent, v. CHARLES WING and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY, INC., Respondent, v. GEORGE S. CADY and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MICHAEL COLLINS, Appellant, v. JOHN A. ROY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

RAY V. LINDOW, Respondent, v. GUISEPPE BAIO and Others, Defendants. GEORGE RUNG, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by August fifteenth, printed briefs by September first, and shall be ready to argue the appeal at the opening of the September term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JOSEPH P. PANZICA, Appellant, v. BUFFALO-LOCKPORT PETROLEUM COMPANY and Others, Respondents.— Appeal dismissed unless appellant shall file and serve the printed papers by July first, printed briefs by August first, and shall be ready to argue the appeal at the opening of the September term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Probate of the Last Will and Testament of ROBERT G. McLEAR, Deceased.— Appeal dismissed unless appellant shall file and serve the printed papers by July first, printed briefs by July fifteenth, and shall be ready to argue the appeal at the opening of the September term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WILLIAM E. LEWIS, Respondent, v. VICTOR ADAMS, Appellant.— Motion granted and appeal dismissed, with costs, and stay vacated. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.